IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENDRICK STORY
ADC #109934                                                              PETITIONER

v.                    Case No. 4:17-cv-00541 KGB

STATE OF ARKANSAS                                                        RESPONDENT

## ORDER

The Court has received Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). Petitioner Kendrick Story filed a motion for extension of time to file objections to Judge Kearney's Recommendations (Dkt. No. 4). However, Mr. Story then filed timely objections to the Recommendations (Dkt. No. 5). Therefore, the Court denies as moot Mr. Story's motion for extension of time (Dkt. No. 4) and considers timely his objections (Dkt. No. 5). After a review of the Recommendations and Mr. Story's objections, as well as a *de novo* review of the record, the Court adopts the Recommendations in their entirety as this Court's findings in all respects (Dkt. No. 3). It is therefore ordered that:

1. Mr. Story's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice (Dkt. No. 1);

2. Mr. Story's motion to stay is denied (Dkt. No. 2); and

3. Mr. Story's motion to extend time is denied as moot (Dkt. No. 4).

It is so ordered this 12th day of February, 2018.

_____
Kristine G. Baker
United States District Judge