# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KENDRICK STORY**
**ADC #109934**                                                          **PETITIONER**

**v.**                        **Case No. 4:17-cv-00541 KGB**

**STATE OF ARKANSAS**                                                    **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 12th day of February, 2018.

*[signature]*
Kristine G. Baker
United States District Judge